IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RIVERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA MEN'S COLONY PRISON, et al.,<br><br>　　　　Defendants.<br>_____ / | 1:12-cv-00805-SKO (PC)<br><br>**ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

　　　Plaintiff Steve Rivers, a civil detainee at Coalinga State Hospital, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　In his complaint, Plaintiff names the SVP Coordinator at the California Men's Colony, two doctors with the Department of Mental Health in Sacramento, and a deputy district attorney for Los Angeles County. In as much as Plaintiff is challenging his civil commitment, which presumably occurred in Los Angeles County, the complaint should have been filed in the United States District Court for the Central District of California.

　　　Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Central District of California. The Court has not ruled on Plaintiff's request to

-1-

1 | proceed in forma pauperis.

2 |     Good cause appearing, IT IS HEREBY ORDERED that:

3 |     1. This action is transferred to the United States District Court for the Central District of
4 | California; and

5 |     2. All future filings shall be sent to the Central District at:

> United States District Court
> Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012-3332.

9 | IT IS SO ORDERED.

10 | **Dated:   May 18, 2012**                     /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE